UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | 2:21-cv-09457-CAS-SHK | Date: | January 19, 2022 |
|---|---|---|---|

Title: ***Bernard Hernandez v. Kilolo Kijakazi, Acting Commissioner of Social Security***

---

Present: The Honorable   Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

On December 7, 2021, Plaintiff filed a Complaint seeking judicial review of a decision of the Commissioner of Social Security.  Electronic Case Filing Number ("ECF No.") 1, Complaint.  On December 10, 2021, the Court issued its Case Management Order ("CMO") in which, Plaintiff was ordered to file a proof of service within **thirty** (30) days of the CMO issuing.  ECF No. 7, CMO. To date, the proof of service has not been filed with the Court.

Accordingly, Plaintiff is ordered to show cause no later than **January 26, 2022,** why this case should not be dismissed for failure to prosecute.  Filing the proof of service by January 26, 2022 shall constitute compliance with this Order.

**IT IS SO ORDERED**