O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.H., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 2:21-cv-09457-CAS-SHK <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Joint Stipulation, the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge.  The Court has engaged in <u>de novo</u> review of those portions of the R&R to which Plaintiff has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Social Security Commissioner's decision is AFFIRMED and that Judgment be entered DISMISSING this case with prejudice.

Dated: June 7, 2023

_____
HONORABLE CHRISTINA A. SNYDER
United States District Judge