JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| B.H., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 2:21-cv-09457-CAS-SHK <br><br> JUDGMENT |

It is the judgment of this Court that the Social Security Commissioner's decision is AFFIRMED and the case is DISMISSED with prejudice.

DATED: June 7, 2023

_____
HONORABLE CHRISTINA A. SNYDER
United States District Judge